UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**07-22594-CIV-MORENO**

INTERNATIONAL PORTFOLIO, INC.,

    Plaintiff,

vs.

PUBLIC HEALTH TRUST of MIAMI-DADE COUNTY, FLORIDA d/b/a JACKSON MEMORIAL HOSPITAL,

    Defendant.
_____/

## ORDER DENYING MOTION TO DISMISS WITH LEAVE TO REFILE

THIS CAUSE came before the Court upon International Portfolio, Inc.'s Partial Motion to Dismiss Counts I, II and III of the Amended Counterclaim for Failure to State a Claim **(D.E. No. 30)**, filed on **March 25, 2008**.

THE COURT has considered the motion, response, reply to the response and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **DENIED** with leave to re-file by **October 15, 2008**, as appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of September, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record